## IN THE SUPREME COURT OF THE STATE OF NEVADA

BOULEVARD INVEST, LLC; JDK
SELECT, INC., D/B/A HALO BAR,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
DAVID M. JONES, DISTRICT JUDGE,
Respondents,
and
NARINE NAZARETYAN,
Real Party in Interest.

No. 82912

**FILED**

JUL 09 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DENYING PETITION

This original petition for a writ of mandamus challenges a district court order denying summary judgment. Having considered the petition and its documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Walker v. Second Judicial Dist. Court*, 136 Nev., Adv. Op. 80, 476 P.3d 1194, 1198 (2020) (declining to grant writ relief when a later appeal was available, despite the petitioner's argument that writ relief would be an easier or quicker remedy); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Generally, we will not consider writ petitions challenging orders denying summary judgment, and we are not persuaded that any exception to the general rule

applies here. *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997) (discussing writ petitions challenging denials of summary judgment); *see also Walker*, 476 P.3d at 1199 (declining to provide writ relief when the underlying issue involved factual disputes). Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, Sr.J.
Gibbons

cc: Hon. David M. Jones, District Judge
  Law Office of Kumen L. Taylor
  McKay Law Firm Chtd.
  H&P Law, PLLC
  Eighth District Court Clerk

---

[1]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.